**STATE of Missouri, Respondent,**

v.

**Frank E. RENTZ, Appellant.**

**No. WD54197.**

Missouri Court of Appeals, Western District.

Feb. 3, 1998.

Irene Karns, Asst. Public Defender, Columbia, for Appellant.

**150**

Jeremiah W. (Jay) Nixon, Atty. Gen., Angel M. Woodruff, Asst. Atty. Gen., Jefferson City, for Respondent.

Before BRECKENRIDGE, P.J., and LOWENSTEIN and SPINDEN, JJ.

## ORDER

PER CURIAM.

Frank Rentz appeals the circuit court's judgment convicting him of first degree assault and second degree burglary. We affirm. Rule 30.25(b).